Appellants.— Judgment and order affirmed, with costs. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

SAMUEL GORDON, Respondent, v. GARFINKEL TRUCKING Co., INC., Appellant.— Judgment affirmed, with costs. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

LEWIS H. MAY COMPANY, Respondent, v. FREDERICK J. LANCASTER, Appellant.— Judgment affirmed, with costs. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

STERLING MOTOR TRUCK Co. OF N. Y., INC., Respondent, v. M. & G. TRUCKING Co., INC., Appellant.— Judgment affirmed, with costs. No opinion. Settle order on notice, containing additional finding of fact of special circumstances which take the case out of the operation of the general rule that the difference in value between the contract and the market price is the correct measure of damage. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

M. BLANCHE FRAENKEL, Respondent, v. ALICE MACMONNIES, Appellant.— Order affirmed, with ten dollars costs and disbursements, with leave to defendant to answer within twenty days from service of order upon payment of said costs. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

GEORGE B. WARD, Respondent, v. PATRICK A. POWERS, Appellant.— Judgment affirmed, with costs. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

SARAH ELAINE PHILLIPS DE LIPPI-LIPSKI, Respondent, v. NICHOLAS VLADIMIR DE LIPPI-LIPSKI, Appellant. GERTRUDE SCHROEDER, Corespondent, Appellant.— Judgment affirmed, with costs. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

SARAH ELAINE PHILLIPS DE LIPPI-LIPSKI, Respondent, v. NICHOLAS VLADIMIR DE LIPPI-LIPSKI, Appellant. GERTRUDE SCHROEDER, Corespondent, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

FLORENCE HOLLAND, Respondent, v. FRANCIS RAYMOND HOLLAND, Appellant.— Order reversed and the motion denied on the ground that such necessity is not here shown as is requisite in an application for alimony and counsel fee *pendente lite*. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

In the Matter of the Judicial Settlement of the Account of MARIE WAGNER and Another, as Trustees, etc., of ERNEST WAGNER, Deceased.— Decree so far as appealed from affirmed, with costs to the respondent payable out of the trust fund. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

In the Matter of JULIUS O. FOOTE, an Attorney.— Reference ordered to Hon. Charles L. Guy, official referee. Present — Dowling, P. J., McAvoy, Martin, O'Malley and Proskauer, JJ.

DAVID S. LUDLUM, as Trustee, etc., v. STARK B. FERRIS, as Receiver, etc.— Preference granted for May 31, 1928. Present — Dowling, P. J., Finch, McAvoy, Martin and Proskauer, JJ.

In the Matter of the Judicial Settlement of the Account of Proceedings of BANKERS TRUST COMPANY and Another, as Executors, etc., of WILLIAM S.